No. 10, Original.  ARIZONA *v.* CALIFORNIA ET AL.  This case is set for argument on the exceptions to the report of the Special Master and is assigned for hearing at the end of the call for the week beginning December 5.  A total of four hours is allowed for oral argument.  The motion of the United States for determination of certain legal points is denied.  THE CHIEF JUSTICE took no part in the consideration or decision of these questions.  *Robert Morrison,* Attorney General, *John H. Moeur, John P. Frank, John Geoffrey Will, Burr Sutter, Perry Ling, Theodore Kiendl* and *Franklin M. Schultz* for the State of Arizona, complainant.  *Edmund G. Brown,* Attorney General, *Northcutt Ely, Robert L. McCarty, Prentiss Moore* and *Gilbert F. Nelson,* Assistant Attorneys General, *Charles E. Corker, Howard L. Friedman, Burton J. Gindler, James B. McKenney, John R. Alexander* and *George Brody,* Deputy Attorneys General, for the State of California, *Francis E. Jenney* for the Palo Verde Irrigation District, *Harry W. Horton* and *R. L. Knox, Jr.* for the Imperial Irrigation District, *Earl Redwine* for the Coachella Valley County Water District, *James H. Howard, Charles C. Cooper, Jr., Donald M. Keith, Alan Patten* and *Frank P. Doherty* for the Metropolitan Water District of Southern California, *Roger Arnebergh* for the City of Los Angeles, and *T. B. Cosgrove* for the City of San Diego, defendants.  *Attorney General Brownell* for the United States, and *Harvey Dickerson,* Attorney General, and *W. T. Mathews* and *Wm. J. Kane,* Special Assistant Attorneys General, for the State of Nevada, interveners.  *Duke W. Dunbar,* Attorney General, and

*Hatfield Chilson,* Special Assistant Attorney General, for the State of Colorado et al., *Richard Robinson,* Attorney General, and *Fred E. Wilson* for the State of New Mexico, *E. R. Callister,* Attorney General, and *Dennis McCarthy,* Special Assistant Attorney General, for the State of Utah, and *George F. Guy,* Attorney General, for the State of Wyoming.